stay denied. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

CHARLES DRAWERT, Respondent, v. WILLIAM NEUMANN and PAUL NEUMANN, Copartners, etc., and THE CITY OF NEW YORK, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

In the Matter of the Probate of the Last Will and Testament of MARGARET ANN LIPSETT, Deceased. JOSEPH LIPSETT and IDA TICE GROOMES, Appellants; LILA WELLER MORSE, as Executrix Named in the Last Will and Testament of MARGARET ANN LIPSETT, Deceased, Respondent.— Motion to resettle order denied. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

In the Matter of the Petition of JACOB ROSENBERG and Others, Respondents, to Compel MORTON ROSENBERG and DOROTHY ROSENBERG HYAMS, as Executors of and Trustees under the Last Will and Testament of CHARLES ROSENBERG, Deceased, Appellants, to Make Distribution on Account of Income.— Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

LONG ISLAND LAUNDERERS, INC., Respondent, v. CALVIN PRINCE and JOHN BEYL, Appellants.— Motion for reargument or for resettlement of order denied, with ten dollars costs. It was the intention of this court* to modify the order denying confirmation of the report of the referee only to the extent of providing that each appellant be allowed the sum of $100 for counsel fees, which were necessary, " principally in consequence of the injunction." ( Newton v. Russell, 87 N. Y. 527, 531.) In all other respects, including the expenses of the reference as taxed against defendants by the court below, the order was affirmed. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

FRANK PELCYGER, Appellant, v. GOLDBROWN BUILDING CORPORATION and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

SARAH M. PELCYGER, Appellant, v. EAST TWENTY-SEVENTH STREET REALTY CORPORATION and Others, Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

AUGUSTINE POTTER, Appellant, v. MORRIS DIAMOND and Others, Respondents, and ADRIAN M. POTTER, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

CHARLES T. SCHUBERT, Respondent, v. L. I. WALDMAN & Co., INC., Appellant, and THE CITY OF NEW YORK, Defendant.— Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

HAROLD BEDFORD, Respondent, v. DYER-KANE COMPANY and Others, Defendants, and GLOBE INDEMNITY COMPANY, Appellant.— Judgment unanimously

* See ante, p. 816.— [REP.

affirmed, with costs. No opinion. Present — Young, Hagarty, Carswell, Scudder and Davis, JJ.

YVONNE E. GEILICH, Respondent, v. MARY T. MAINE, Appellant.— Judgment and orders of the City Court of White Plains unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Appellant, Relative to Acquiring Title, Wherever the Same Has Not Been Heretofore Acquired for the Same Purpose in Fee to the Real Property Required for the Opening and Extending of Hempstead Avenue (Hempstead and Jamaica Plank Road) from Jamaica Avenue (Jericho Turnpike) to the Easterly City Line, Subject to the Rights, if any, of the LONG ISLAND RAILROAD COMPANY and of THE JAMAICA CENTRAL RAILWAYS, INC., in the Borough of Queens, City of New York, as Amended by an Order of the Supreme Court of the State of New York, Second Judicial District, Dated January 21, 1929, and Entered in the Office of the Clerk of the County of Queens January 22, 1929, so as to Provide for the Acquisition of Title to the Real Property Required for the Opening and Extending of Hempstead Avenue (Hempstead and Jamaica Plank Road) from Jamaica Avenue (Jericho Turnpike) to the Easterly City Line, Subject to the Rights, if any, of the LONG ISLAND RAILROAD COMPANY and of the JAMAICA CENTRAL RAILWAYS, INC., in the Borough of Queens, City of New York, as the Said Street is Now Laid Out upon the Map or Plan of The City of New York, in Accordance with the Resolution of the Board of Estimate and Apportionment, Adopted on May 24, 1928. RED SEAL BUILDING CO., INC., Respondent.— Final decree, in so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

J. CARSON MOORE, Respondent, v. ESTHER SUTTON MOORE, Appellant.— Order denying defendant's motion for judgment on the pleadings affirmed. No opinion. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED E. VANCE, Appellant.— Judgment of conviction and order of the County Court of Orange county reversed on the law and a new trial ordered. We have examined the record and find no errors as to the facts. The remarks of the district attorney at folios 73, 74 and 470 present reversible error. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

GEORGE W. REYNOLDS, Respondent, v. HELEN ANTMAN and 96 SOUTH GRAND AVENUE, INC., Appellants.— Judgment of the County Court of Nassau county unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

THOMAS J. SMITH, Respondent, v. RICHARD E. WELDON, Appellant, and GEORGE KENT WELDON, Defendant.— Order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

TAPPAN AND NYACK BUS, INC., Appellant, v. PUBLIC SERVICE CO-ORDINATED TRANSPORT and PUBLIC SERVICE INTERSTATE TRANSPORTATION COMPANY, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

CATHERINE MCALLISTER, Appellant, v. JACOB STEIN and Others, Defendants,